Pearson, C. J.
 

 A patent defect is one that may be discovered by the exercise of ordinary diligence. The mare, in reference to which the action was brought, “had a small knot on one of her legs, which (could be) easily seen by any one, and (was) slightly lame.” In the exercise of ordinary diligence, the purchaser of a horse should look at the legs and have the animal moved. So the defect, in this instance, was patent, and the charge of his Honor is supported by
 
 Brown
 
 v. Gray, '6th Jones’ Rep. 103, by which the law, in regard to patent and latent defects, is considered as settled.
 

 The interrogatory put by his Honor:
 
 “
 
 Where was the evidence of the defendant’s having practiced such art?” may be taken as an intimation of an opinion that there was no such
 
 *463
 
 evidence, which was a matter proper for Mm to decide. We concur with him in the opinion, that there was no evidence of the fact. So, the defendant has no right to complain, that instead of deciding it absolutely, he “letthe jury take it$” and, as their verdict corresponds with his opinion and that of this Court, it set the matter right. There is no error.
 

 Per CceiaM,
 

 Judgment affirmed.